**Michael T. BUTKOVICH, Appellant,**

v.

**Zita K. STANARD, et al., Respondents.**

**No. WD 43341.**

Missouri Court of Appeals, Western District.

Feb. 5, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 2, 1991.

Application to Transfer Denied May 3, 1991.

Irving Achtenberg, Kansas City, for appellant.

Tammy N. Etem, Kansas City, for respondent.

Before LOWENSTEIN, P.J., and GAITAN and BERREY, JJ.

### ORDER

PER CURIAM:

Direct appeal from a judgment modified by the trial court, affirming one verdict of conversion as. modified, and setting aside the other verdict of conversion, sustaining

respondents' motion for judgment notwithstanding the verdict.

Judgment affirmed. Rule 84.16(b).